1044

No. 10–10567.  SAWYER v. STEWARD, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–10614.  SUMPTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–10618.  SMEAD v. OHIO.  Ct. App. Ohio, Summit County. Certiorari denied.

No. 10–10622.  DADI ET VIR v. DANZIG, TRUSTEE.  App. Ct. Conn.  Certiorari denied.

No. 10–10634.  CANNON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–10645.  BROOKS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–10653.  JOHNSON v. UNITED STATES PAROLE COMMISSION.  C. A. 8th Cir.  Certiorari denied.

No. 10–10654.  KELLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–10657.  DANIELS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–10658.  CHANDLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–10660.  COCKERHAM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–10661.  DELGADO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–10663.  MENDOZA-MENDOZA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10664.  BAHENA-BAHENA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10665.  BRISENO-MARIN, AKA LOPEZ-LOPEZ, AKA MARIN-HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.